In the United States District Court
Western District Of Arkansas
___4___ Division

Jason Kale Clampit
WCDC #9818568   ADC # 144545

*(In the space above enter your full name and Prison ID Number, if any. Do not include your Social Security Number).*

-against-

Sgt Jacob Allen
Sgt. William Foster
Sheriff Jay Cantrell
Chaplian Criag Bratten

*(In the space above enter the full name of each Defendant)*

Case No. _____
(To be filled out by Clerk's Office only)

# COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☒ Yes
☐ No

## NOTICE

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

## I. PLAINTIFF INFORMATION

Jason Kale Clampit
Name (First, Middle, Last)               Aliases

9818568
Prisoner ID #, if any

Washington County Detention Center
Place of Detention or Incarceration

Page 1 of 11

_1155 Clydedale Dr._
Address (*If detained, facility address*)

_Washington Co, Fayetteville_   _AR_   _72701_
County, ~~City~~                State        Zip Code

## II. PRISONER STATUS

*Check all boxes that apply to you:*

☑ Pretrial detainee (in custody pending new charges)

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☑ Other. Explain. _Parole Violation of a 90 day sanction_

## III. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:   _Allen, Jacob_
               Name (Last, First)

               _Sargent_
               Current Job Title

               _1155 Clydesdale Dr._
               Current Work Address

               _Washington Co, Fayetteville_   _AR_   _72701_
               County, ~~City~~                State        Zip Code

Defendant 2:   _Foster, Will..._
               Name (Last, First)

Sargent
Current Job Title

1155 Clydesdale Dr.
Current Work Address

Washington Co., Fayetteville   AR   72701
County, City                State    Zip Code

Defendant 3: Cantrell, Jay
Name (Last, First)

Sheriff
Current Job Title

1155 Clydesdale Dr
Current Work Address

Washington Co.
County, City                State    Zip Code

Defendant 4: Bratten Craig
Name (Last, First)

Chaplian
Current Job Title

1155 Clydesdale Dr.
Current Work Address

Washington Co., Fayetteville   AR   72701
County, City                State    Zip Code

## IV. STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Washington County Detention Center

Date(s) of occurrence: 3-10-24 through 3-24-24

Name of Each Defendant Involved:

Sgt. Will Foster, Captain Craig Bratten, Sheriff Jay Cantrell, Sgt Jacob Allen

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Right to express our freedom of Religion and the proper means to do so

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

**What happened to you?**

FACTS: I put in several request to be able to have access to the grass yard, attached to the block yard for prayer and ceremony due to my Native American beliefs. I am a lay-minister for the Native American belief certified through the Native American and Indigenous Church

**Who did what?**

of Brooksville, Florida and Floyd "Red Crow" Westerman of the Crow Nation. The federal AIRAFA clearly states that any American incarcerated or not has full and ethical rights to practice.

**How were you injured?**

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☒ Both Official and Individual capacity

***If you are asserting an official capacity claim,*** please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

They are violating Act 94 of Arkansas law and The RAFA and AIRAFA act that clearly states individuals regardless of incarceration have the right to practice and the facility must provide the means to do so. This facility only allows the Christian Belief to be practiced

**Claim Number 2:**

Place(s) of occurrence: (  )

Date(s) of occurrence: _____

Name of Each Defendant Involved: _____

_____
_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____
_____
_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

_____

| What happened to you? | _____ |

| Who did what? | _____ |

| How were you injured? | _____ |

_____
_____
_____
_____

With regard to claim 2, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☐ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

_____
_____
_____
_____
_____
_____

**Claim Number 3:**

Place(s) of occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____
_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| What happened to you? | _____ |
| Who did what? | _____ |
| How were you injured? | _____ |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☐ Both Official and Individual capacity

***If you are asserting an official capacity claim***, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

## V. RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☒ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☒ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☒ Other relief (describe below).

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

Any and all expenses my family has incurred due to my incarceration and attempts to provide me with religious materials in the sum of $10,000.00

The suffering and mental instability of not being able to properly connect with my higher power through proper means. $1,000,000.00

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a prisoner?  ☐ Yes  ☒ No

    If yes, how many? _____

Have you brought any other lawsuits in state or federal Court **dealing with the same facts as this case**?  ☐ Yes  ☒ No

    If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____
_____
_____
_____
_____
_____

## VII. PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

3-28-24
Dated

[Plaintiff's Signature]

Jason K. Clampit
Printed Name (First, MI, Last)

WCDC 9818568, ADC 144545
Prison Identification #, if any.

1155 Clydesdale Dr   Fayetteville   AR   72701
Prison Address    City    State    Zip Code

Jason Clampit 9818568
1155 Clydesdale Dr
Fayetteville, AR 72701

WCSO
Detention Facility Mail
0418 - JAIL

Received WD/AR
APR 04 2024
U.S. Clerk's Office

United States District Court
Office of the clerk
35 E. Mountain St, Ste 510
Fayetteville, AR 72701