IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JASON KALE CLAMPIT                                                                        PLAINTIFF

V.                                    CASE NO. 5:24-CV-5083

SERGEANT JACOB ALLEN,
Washington County Detention Center (WCDC);
SERGEANT WILL FOSTER, WCDC;
SHERIFF JAY CANTRELL,
Washington County, Arkansas; and
CHAPLAIN CRAIG BRATTEN. WCDC                                                DEFENDANTS

### ORDER

Now pending before the Court is the Report and Recommendation (Doc. 35) filed on July 9, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, Defendants Allen, Foster, and Cantrell's Motion for Summary Judgment (Doc. 20) is **GRANTED**, and these Defendants are **TERMINATED** as parties to this action.

The case will remain referred to the Magistrate Judge.

**IT IS SO ORDERED** on this 29th day of July, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE