IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JASON KALE CLAMPIT**                                                                 **PLAINTIFF**

V.                              **CASE NO. 5:24-CV-5083**

**CHAPLAIN CRAIG BRATTEN**                                                      **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 40) filed in this case on August 22, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 12th day of September, 2025.

>                          */s/ Timothy L. Brooks*
>                          TIMOTHY L. BROOKS
>                          UNITED STATES DISTRICT JUDGE